**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
CITY OF STOCKTON, Chief STANLEY MCFADDEN, Officer KYLE RIBERA, and Officer RUBEN RILLON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

ROBERT ROBINSON and SOUTSADA PATHAMMAVONG, individually and as successors in interest to ROCCO ROBINSON,,

Plaintiff,

vs.

CITY OF STOCKTON, a municipal corporation, STANLEY MCFADDEN, individually and in his official capacity as Chief of the Stockton Police Department; KYLE RIBERA, individually and in his official capacity as an Officer of the Stockton Police Department; RUBEN RILLON, individually and in his official capacity as an Officer of the Stockton Police Department; and DOES 1 to 10,

Defendant.

Case No. 2:25-CV-03644-TLN-CSK
[*Hon. Troy L. Nunley*, *Dist. Judge*; *Hon. Chi Soo Kim, M. Judge*]

**ORDER GRANTING STAY OF DISCOVERY AND CONTINUANCE OF PENDING CASE MANAGEMENT DEADLINES DUE TO PARTIES' DECEMBER 7, 2026 MEDIATION AND PENDING CRIMINAL INVESTIGATION**

Complaint Filed: 12/16/2025
Trial Date: None Set

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as

was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED as follows:

1. All discovery is STAYED in this matter. No Party shall conduct fact or expert discovery, including, but not limited to, serving written discovery and/or conducting depositions aside from the pending requests as noted below.

2. On or before December 11, 2026, the Parties shall file a Joint Status Report advising the Court of (1) whether the Parties' December 7, 2026 mediation resulted in settlement; and (2) if not, whether the San Joaquin County District Attorney's Office's investigation into the incident is still pending and, if not, requesting the Court lift the stay of discovery.

3. The Court hereby Orders that the Court's scheduling order – including but not limited to Dkt. 13 (to the extent applicable) – is hereby **modified, continued, and reset** to the following case management schedule:

| ***Case Management Event:*** | ***Prior-Operative Date-Deadline:*** | ***NEW Date-Deadline:*** |
|---|---|---|
| Defendants' Response to Plaintiffs' Requests For Production ("RFPs") | August 18, 2026 | September 30, 2026 |
| Plaintiffs' Response to Defendants' Requests For Production ("RFPs") | August 30, 2026 | September 30, 2026 |
| Fact/Non-Expert Discovery Cut-Off | January 15, 2027 | **June 1, 2027** |
| Expert Disclosures - Initial | March 16, 2027 | June 11, 2027 |
| Supplemental-Rebuttal Expert Disclosures | April 15, 2027 | June 25, 2027 |
| Expert Discovery Cut-Off | | July 30, 2027 |
| Dispositive Motion Filing Deadline | July 14, 2027 | August 20, 2027 |
| Dispositive Motion Opposition Deadline | July 28, 2027 | September 10, 2027 |

///

**IT IS SO ORDERED.**

DATED: August 12, 2026

Troy L. Nunley
Chief United States District Judge